# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JACQUELINE B. N'JAI, | : | No. 275 WAL 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| UNIVERSITY OF PITTSBURGH MEDICAL | : | |
| CENTER (UPMC), WESTERN | : | |
| PSYCHIATRIC INSTITUTE AND CLINIC | : | |
| (WPIC), ALMA ILLERY MEDICAL CENTER, | : | |
| DR. FELECIA YOUNG, M.D., DR. HUNG | : | |
| CHEUNG, M.D., DR. WILLIAM MUSSER, | : | |
| TRAVELERS INSURANCE COMPANY, | : | |
| RECORD COPY SERVICES, POST AND | : | |
| SCHELL, P.C., THOMAS HUGHES, | : | |
| ANDREW CONNOLLY, AND PATRICK | : | |
| CONNOR, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of February, 2020, the Request for Leave to Allow Appendices is Granted, and the Petition for Allowance of Appeal is **DENIED**.